**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:09CR331** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **LATESHA L. PHILLIPS,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for release (Filing No. 13).

IT IS ORDERED:

1. The Defendant's motion for release (Filing No. 13) is granted;

2. The Defendant shall be released from the U.S. Marshal on February 8, 2010, to a member of the Federal Public Defender's Office for transportation to the location specified in Filing No. 13;

3. The Defendant is released under the conditions of supervision listed in the Judgment and Commitment order (Filing No. 1), as well as the condition that she participate in and successfully complete treatment at the facility named in Filing No. 13; and

3. The Clerk shall immediately deliver a copy of this order to the U.S. Marshal for this district.

DATED this 5th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge