IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                 Plaintiff,      ) | |
|                               )  | 8:09CR331 |
| vs.      ) | |
|                               )  | ORDER |
| LATESHA L. PHILLIPS,      ) | |
|                 Defendant.      ) | |

Defendant Latesha L. Phillips (Phillips) appeared before the court on May 24, 2010, on the Petition for Warrant or Summons for Offender Under Supervision (Report) ([Filing No. 20](#)). Phillips was represented by Assistant Federal Public Defender Jessica P. Douglas and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. Through her counsel, Phillips waived her right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report alleges probable cause and that Phillips should be held to answer for a final dispositional hearing before Judge Laurie Smith Camp.

The government moved for detention. Through counsel, Phillips declined to present any evidence on the issue of detention and otherwise waived a detention hearing. Since it is Phillips' burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that she is neither a flight risk nor a danger to the community, the court finds Phillips has failed to carry her burden and that Phillips should be detained pending a dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 8:30 a.m. on June 2, 2010**. Defendant must be present in person.

2. Defendant Latesha Phillips is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 24th day of May, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge